AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
June 02, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Fidel Morales_____
DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
|  | ) EP: 22-M-1345-MAT |
|  | ) |
| Amy MELENDEZ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 31, 2022__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1324 (a)(1)(A)(ii) and (a)(1)(B)(ii) | knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, did transport, move, and attempt to transport and move such alien within the United States in furtherance of said violation of law. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

Complaint sworn to telephonically on
__June 02, 2022__ at __02:00 PM__ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

_____
*Complainant's signature*

Mayra Silva
CBP Enforcement Officer

Sworn to before me and signed in my presence.

Date: __June 2, 2022__

City and state: __El Paso, Texas__

_____
*Judge's signature*
Miguel A. Torres
United States Magistrate Judge

## FACTS

On or about May 31, 2022, Amy MELENDEZ, a United States citizen presented herself for inspection via vehicular primary at the Paso Del Norte Port of Entry in El Paso, Texas located in the Western District of Texas. The DEFENDANT was the driver of vehicle and presented to Customs and Border Protection Officer (CBPO) A. Iglesias her duly issued United States Passport book. The DEFENDANT was accompanied by a female minor. The DEFENDANT presented a New Mexico birth certificate and a social security card with the initials of S.L.A.M as entry documents for the female minor.

CBPO A. Iglesias asked the DEFENDANT for her intentions upon entering the United States. The DEFENDANT stated they were traveling to New Mexico. CBPO A. Iglesias asked the female minor to state her name. The DEFENDANT stated the female minor did not speak English as she lived in Mexico but was now moving to the United States to reside. CBPO A. Iglesias continued by asking the female minor biographical information according to the entry document presented for admission. The female minor was able to provide CBPO A. Iglesias with the name; however, she failed to provide the age and the name of the mother as listed on the document. CBPO A. Iglesias then asked the DEFENDANT if the female minor was her daughter, at which point, the DEFENDANT stated yes. CBPO A. Iglesias continued by asking the DEFENDANT if her and the female minor were United States citizens. The DEFENDANT stated they were both United States citizens and her daughter was born in New Mexico. At this point, the vehicle was referred to Passport Control Secondary (PCS) for further inspection.

During a secondary inspection, CBPO G. Zaragoza asked the DEFENDANT if the documents presented for admission belonged to the female minor. The DEFENDANT stated they did. CBPO G. Zaragoza asked the DEFENDANT if she knew that it was against the law to attempt to bring anyone without documents into the United States, to which the DEFENDANT stated that she was aware. CBPO G. Zaragoza continued by asking the DEFENDANT if she had any photographs of the female minor that would indicate their relationship. At which point, the DEFENDANT admitted that the female minor was her friend's daughter and a citizen of Mexico. The DEFENDANT was served from I-214 Warning as to Rights (English Version) which she read, signed, and invoked her right to legal representation. All questioning was ceased. It was later determined that the female minor is a citizen and national of Mexico and does not possess any documents that would legally allow her to enter or reside in the United States.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

## CRIMINAL AND IMMIGRATION RECORD

**CRIMINAL RECORD**

05/18/2013-Agg Asslt Causes Serious Bodily Injury- Dismissed
04/14/2014- Contempt of Court

**IMMIGRATION RECORD**

None